DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-23-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
The Andy Warhol Foundation for the
Visual Arts, Inc.,

    Plaintiff,

    -against-

Barth & Dreyfuss of California,

    Defendant.
------------------------------------------------------X

04 Civ. 9991 (HB)

**ORDER**

**Hon. Harold Baer, Jr., District Judge:**

    WHEREAS, following the defendant's default, I referred this matter to Magistrate Judge Fox to conduct an inquest and issue a Report and Recommendation regarding plaintiff's damages; and

    WHEREAS, Magistrate Judge Fox issued a Report and Recommendation on January 6, 2006; and

    WHEREAS, neither party has submitted any objections to the Report and Recommendation; it is hereby

    ORDERED that the Report and Recommendation is ADOPTED in its entirety. The Clerk of the Court is hereby directed to enter judgment for plaintiff in the amount set forth in the Report and Recommendation. The Clerk of the Court is further directed to close this matter and remove it from my docket.

SO ORDERED.
March 22, 2006
New York, New York

                                                  U.S.D.J.